No. 4653.—Axtmayer et al., apltes., v. J. Ochoa & Hno. et al., apldos.—C. D. San Juan. Julio 10, 1928. Habiendo vencido en junio 8, 1928 la última prórroga concedida a la parte apelante para preparar la transcripción taquigráfica

sin que desde entonces haya hecho gestión alguna para tramitar su recurso, y sin que haya presentado en este tribunal la transcripción de los autos, debemos desestimar y desestimamos esta apelación.